UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

KAREN E. BOTELLO,

Debtor.

NO. 17-12972
CHAPTER 13

JUDGE JANET S. BAER

### AGREED REPAYMENT ORDER WITH PROVISION FOR STAY RELIEF UPON DEFAULT

THIS CAUSE coming on to be heard on the motion of TOYOTA MOTOR CREDIT CORPORATION, its successors and/or assigns, for relief from the automatic stay, the Court having jurisdiction over the subject matter;

**IT IS HEREBY ORDERED:**

1. Movant must receive the following payments by the corresponding dates:

    A. The regular November 2017 contract payment on or before its due date.

    B. The sum of $130.23 *plus* the regular contract payment of $466.79 for each of the following months: December 2017; and then January, February, March, April and May 2018. These payments shall be made on or before the due date, which is the 20th day of each month.

    (These additional payments represent a remaining default through October 2017 in the amount of $781.37, which includes $400.00 in attorney fees and $181.00 in court costs and reflects a payment of $900.00 made on or about 11/2/17.)

2. Movant must receive the regular payment *and* the additional cure payments listed in ¶1 on or before the corresponding dates. If movant fails to receive any one scheduled payment, the repayment schedule is void and the stay shall be automatically modified and Bankruptcy Rule 4001(a)(3) waived, as to movant, its principals, agents, successors and/or assigns, as to a certain 2013 Toyota Camry motor vehicle, V.I.N. 4T1BF1FK6DU298764, *fourteen (14)* calendar days after mailing notification to the Debtor, the Debtor's attorney, and the trustee unless during that period the Debtor shall tender funds to bring the loan current.

*Page Two/Repayment Order with Provisions for Stay Relief Upon Default/BOTELLO/17-12972*

3. Upon completion of the repayment schedule in ¶1 or tender of funds to bring the loan post-petition current under ¶2, the Debtor must continue to make contract payments directly to Creditor, continuing monthly, until the balance has been paid in full.

4. Thereafter, if the Debtor fails to make regular contract payments to Creditor, thereby rendering the Debtor in default under the contract, the stay shall be automatically modified and Bankruptcy Rule 4001(a)(3) waived, as to movant, its principals, agents successors and/or assigns, as to a certain 2013 Toyota Camry motor vehicle, V.I.N. 4T1BF1FK6DU298764, *fourteen (14)* calendar days after mailing notification to the Debtor, the Debtor's attorney, and the trustee, unless during that period the Debtor shall tender funds to bring the loan current.

**AGREED:**

/s/ Terri M. Long
Attorney for Creditor

/s/ David H. Cutler
Attorney for Debtor

ENTER: _Janet S. Baer_
BANKRUPTCY JUDGE

DATED: 11/16/17

Terri M. Long
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax : (708) 922-3302
Atty. for TOYOTA MOTOR CREDIT CORPORATION,
its Successors and/or assigns